| PROB 22 (TXN Rev. 5/05) | | | CASE NUMBER(TRANS.COURT) 3:06-CR-110-P(01) |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | | CASE NUMBER (REC.COURT) 08 CRIM 206 |
| NAME OF PROBATIONER/SUPERVISED RELEASEE TIMOTHY ALLEN WILLIAMS | DISTRICT Northern District of Texas | | DIVISION Dallas |
| | NAME OF SENTENCING JUDGE U.S. District Judge Jorge A. Solis | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM August 3, 2007 | TO August 2, 2010 |

OFFENSE
Embezzlement by Employee of Insured Bank, 18 USC § 656

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **NORTHERN** DISTRICT OF **TEXAS** / DALLAS DIVISION

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the **Southern District of New York** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_November 23, 2007_
Date

_Jorge A. Solis_
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

U.S. DISTRICT COURT FOR THE **SOUTHERN** DISTRICT OF **NEW YORK** / NEW YORK DIVISION

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAR 12
Effective Date

U.S. District Judge

HON. MICHAEL H. DOLINGER
United States Magistrate Judge
Southern District of New York