


P51014/S. Osman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

MEMORANDUM

TO: Jim Molinelli, Miscellaneous Clerk

FROM: Sandra Osman, United States Probation Officer

RE: Timothy Allen Williams

DATE: March 10, 2008

**08 CRIM 206**

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On August 16, 2006, the above-named individual was sentenced in the Northern District of Texas outlined in the attached J & C.

In December 2007, we received the Prob. 22's endorsed by the Honorable Jorge A. Solis, U.S. District Court Judge, ordering Mr. William's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5194.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Sandra Osman
U.S. Probation Officer